Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Alisha Stafford,** a Tennessee resident; **Jame Young,** a Tennessee resident; **Sarah Lewis,** a Tennessee resident; **Kristy Thornsbury,** a Kentucky resident; **Shannon Zetzsche,** a Tennessee resident; **Jessica Zetzsche,** a Tennessee resident; **Cynthia Barnes,** a Tennessee resident; **Daniel Thomas,** a Tennessee resident; **Jonathon Bouldin,** a Tennessee resident; **Robert Hernandez,** a Tennessee resident; **Michael Sullivan,** a Tennessee resident; and **Amber Kelly,** a Kentucky resident;<br><br>Plaintiffs,<br><br>v.<br><br>**Labrad Diagnostics, LLC,** an Arizona company; and **Sam Akers,** an Arizona resident;<br><br>Defendants. | Case No.<br><br><br>**VERIFIED COMPLAINT**<br><br><br>**(Jury Trial Requested)** |

Plaintiffs, for their Verified Complaint against Defendants, hereby alleges as follows:

**NATURE OF THE CASE**

1.     Plaintiffs bring this action against Defendants for their unlawful failure to pay minimum wage in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (hereinafter "**FLSA**"); A.R.S. §§ 23-362 - 23-364 ("**Arizona Minimum Wage Statute**"); and failure to make timely and reasonable payment of wages under A.R.S. §§ 23-351, 23-353, and 23-355 ("**Arizona Wage Statute**").

2.     This action is also brought to recover minimum wage compensation, liquidated damages, and statutory penalties resulting from Defendants' violations of the FLSA and Arizona Minimum Wage Statute.

3.     This action is also brought to recover unpaid wages, treble damages, and statutory penalties resulting from Defendants' violations of the Arizona Wage Statute.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over the subject matter and the parties hereto pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

5.     Plaintiffs' state law claims are sufficiently related to their federal claim that it forms the same case or controversy. This Court therefore has supplemental jurisdiction over Plaintiffs' claims under the Arizona Minimum Wage Statute and Arizona Wage Statute pursuant to 28 U.S.C. § 1367.

6.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) because Defendants reside and their principal place of business is in this district.

## PARTIES

7.     Plaintiffs were  full-time, non-exempt employees of Defendants.

8.     At all relevant times, Plaintiffs were an employee of the Defendants as defined in 29 U.S.C. § 203(e)(1), A.R.S. § 23-362, and A.R.S. § 23-350, and was a non-

exempt employee under 29 C.R.F. §213(a)(1).

9.     Defendant Labrad Diagnostics LLC  is authorized to do business in Arizona, and were Plaintiffs' employer as defined by 29 U.S.C. § 203(e)(1), A.R.S. § 23-362, and A.R.S. § 23-350.

10.     Defendant Sam Akers is an Arizona resident.  He has directly caused events to take place giving rise to this action.  Sam Akers was at all relevant times Plaintiffs' employer as defined by 29 U.S.C. § 203(e)(1), and A.R.S. § 23-362.

11.     Under the FLSA, Defendant Sam Akers is an employer.  The FLSA defines "employer" as any individual who acts directly or indirectly in the interest of an employer in relation to an employee.  Defendant Sam Akers determined the method and rate of Plaintiffs' payment of wages. As persons who acted in the interest of the previously identified corporate entities in relation to the company's employees, Sam Akers is subject to individual and personal liability under the FLSA.

12.     Plaintiffs are further informed, believes, and thereon alleges that each of the Defendants herein gave consent to, ratified, and authorized the acts of all other Defendants, as alleged herein.

13.      Defendants, and each of them, are sued in both their individual and corporate capacities.

14.     Defendants are jointly and severally liable for the injuries and damages sustained by Plaintiffs.

15.     At all relevant times, Defendants have been engaged in interstate commerce and / or have been an enterprise whose gross annual volume of sales made or business done is greater than $500,000.

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

**FACTUAL ALLEGATIONS**

16.     Defendants are a full service clinical and anatomical pathology laboratory.

17.     Plaintiff Alisha Stafford was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around March 7, 2018 until April 9, 2018. As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $14.50 per hour and .35 for every mile driven.  Plaintiff was not compensated for all hours worked and is owed $2,584.15.

18.     Plaintiff Jame Young was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around March 5, 2018 until April 6, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $14.00 per hour and .35 for every mile driven.  Plaintiff was not compensated for hours worked and is owed $1,400.00.

19.     Plaintiff Sarah Lewis was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around March 5, 2018 until April 6, 2018. As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $13.50 per hour and .35 for every mile driven. Plaintiff was not compensated for hours worked and is owed $2,126.20.

20.     Plaintiff Kristy Thornsbury was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around March 5, 2018 until April 6, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $15.50 per hour and .35 for every mile driven.  Plaintiff was not compensated for hours worked and is owed $2,000.00.

21.     Plaintiff Shannon Zetzsche was employed by Labrad Diagnostics, LLC as a

traveling phlebotomist from on or around March 9, 2018 until April 5, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $15.00 per hour and .37 for every mile driven.  Plaintiff was not compensated for hours worked and is owed $1,220.57.

22.     Plaintiff Jessica Zetzsche was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around March 12, 2018 until April 22, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $15.00 per hour and .37 for every mile driven.  Plaintiff was not compensated for hours worked and is owed $182.56.

23.     Plaintiff Cynthia Barnes was employed by Labrad Diagnostics, LLC as a phlebotomy operations manager from on or around March 5, 2018 until April 6, 2018.  As a phlebotomy operations manager, Plaintiff's primary job duties included managing the Tennessee, Kentucky, Georgia, and Alabama regions.  Plaintiff was to be paid a salary of $65,000.00 per year.  Plaintiff was not compensated for hours worked and is owed $5,500.00.

24.     Plaintiff Daniel Thomas was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around March 12, 2018 until March 28, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $16.50 per hour and .35 for every mile driven.  Plaintiff was not compensated for hours worked and is owed $2,659.35.

25.     Plaintiff Jonathon Bouldin was employed by Labrad Diagnostics, LLC as a

traveling phlebotomist from on or around March 5, 2018 until April 6, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $14.50 per hour and .35 for every mile driven.  Plaintiff was not compensated for hours worked and is owed $2,509.00.

26.     Plaintiff Robert Hernandez was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around March 7, 2018 until April 6, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $15.50 per hour and .35 for every mile driven.  Plaintiff was not compensated for hours worked and is owed $2,666.33.

27.     Plaintiff Michael Sullivan was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around February 26, 2018 until April 6, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $14.50 per hour and .35 for every mile driven.  Plaintiff was not compensated for hours worked and is owed $2,900.00.

28.     Plaintiff Amber Kelly was employed by Labrad Diagnostics, LLC as a traveling phlebotomist from on or around March 5, 2018 until April 6, 2018.  As a traveling phlebotomist, Plaintiff's primary job duties included traveling to patient's homes to draw blood and collect urine samples.  Plaintiff was to be paid $14.00 per hour.  Plaintiff was not compensated for hours worked and is owed $4,093.74.

29.     Plaintiffs did not make at least $455 per week for the work periods stated above and therefore do not qualify as exempt employees because of the salary-basis test.

30.     At all relevant times, Defendants failed to properly compensate Plaintiffs'

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

minimum wage under both the FLSA and the Arizona Minimum Wage Statute.

31.     Defendants refused and/or failed to properly disclose or apprise Plaintiffs of their rights under the FLSA, Arizona Minimum Wage Statute, and Arizona Wage Statute.

32.     Defendants willfully failed and/or refused to compensate Plaintiffs at the rates and amounts required by the FLSA and Arizona Minimum Wage Statute.

33.     Defendants' failure and/or refusal to compensate Plaintiffs at the rates and amounts required by the FLSA and Arizona Wage Statute were willful.

## COUNT I
## (FAILURE TO PAY MINIMUM WAGE – FLSA – 29 U.S.C. § 206)

34.     Plaintiffs incorporated by reference all of the above allegations as though fully set forth herein.

35.     At all relevant times, Plaintiffs were employed by Defendants within the meaning of the FLSA.

36.     Plaintiffs were employees entitled to the statutorily mandated minimum wage.

37.     Defendants have intentionally failed and/or refused to pay Plaintiffs' minimum wage according to the provisions of the FLSA.

38.     As a direct result of Defendants' violations of the FLSA, Plaintiffs have suffered damages by not receiving any compensation in accordance with 29 U.S.C. § 206.

39.     In addition to the amount of unpaid minimum wage owed to Plaintiffs, they are entitled to recover an additional equal amount as liquidated damages pursuant to 29 U.S.C. § 216(b).

40.     Defendants' actions in failing to compensate Plaintiffs, in violation of the FLSA, were willful.  Defendants knew Plaintiffs were not being compensated for time

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

worked and failed to pay proper minimum wages. Defendants knew their failure to pay minimum wage was a violation of the FLSA.

41. Defendants have not made a good faith effort to comply with the FLSA.

42. Plaintiffs are also entitled to an award of attorneys' fees and other statutory damages pursuant to 29 U.S.C. § 216(b).

## COUNT II
## (FAILURE TO PAY MINIMUM WAGE – ARIZONA MINIMUM WAGE STATUTE)

43. Plaintiffs incorporate by reference all of the above allegations as though fully set forth herein.

44. At all relevant times, Plaintiffs were employed by Defendants within the meaning of the Arizona Minimum Wage Statute.

45. Defendants intentionally failed and/or refused to pay Plaintiffs' minimum wage according to the provisions of the Arizona Minimum Wage Statute.

46. In addition to the amount of unpaid minimum wage owed to Plaintiffs, they are entitled to recover an additional amount equal to twice the underpaid wages and interest pursuant to A.R.S. § 23-364(g).

47. Plaintiffs are also entitled to an award of attorneys' fees and costs pursuant to A.R.S. § 23-364(g).

## COUNT III
## (FAILURE TO TIMELY PAY WAGES DUE – ARIZONA WAGE STATUTE)

48. Plaintiffs incorporate by reference all of the above allegations as though fully set forth herein.

49. At all relevant times, Plaintiffs were employed by Defendants within the meaning of the Arizona Wage Statute.

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

50.     Defendants were aware of their obligation to pay timely wages pursuant to A.R.S. § 23-351.

51.     Defendants were aware that, under A.R.S. § 23-353, they were obligated to pay all wages due to Plaintiffs.

52.     Defendants failed to timely pay Plaintiffs their wages due without a good faith basis for withholding the wages.

53.     Defendants have willfully failed and refused to timely pay wages due to Plaintiffs. As a result of Defendants' unlawful acts, Plaintiffs are entitled to the statutory remedies provided pursuant to A.R.S. § 23-355.

## CONCLUSION AND PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray:

A.     For the Court to declare and find that the Defendants committed the following acts:

i.     violated minimum wage provisions of the FLSA, 29 U.S.C. § 206, by failing to pay minimum wages;

ii.     willfully violated minimum wage provisions of the FLSA, 29 U.S.C. § 206, by failing to pay minimum wages;

iii.     violated minimum wage provisions of the Arizona Minimum Wage Statute, by failing to pay minimum wages;

iv.     willfully violated minimum wage provisions of the Arizona Minimum Wage Statute, by failing to pay minimum wages;

v.     willfully violated the Arizona Wage Statute by failing to pay all wages due to Plaintiffs;

B.    For the Court to award compensatory damages, including liquidated damages pursuant to 29 U.S.C. § 216(b) and/or treble damages pursuant to the Arizona Wage Statute, in an amount to be determined at trial;

C.    For the Court to award an additional amount equal to twice the underpaid minimum wages and interest pursuant to A.R.S. § 23-364(g), in an amount to be determined at trial.

D.    For the Court to award interest on all wage compensation due accruing from the date such amounts were due under all causes of action set forth herein;

E.    For the Court to award such other monetary, injunctive, equitable, and declaratory relief as the Court deems just and proper;

F.    For the Court to award Plaintiffs reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b), A.R.S. § 23-364(g), and A.R.S. § 12-341.01 and all other causes of action set forth herein;

G.    Any other remedies or judgments deemed just and equitable by this Court.

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury of all issues so triable.

RESPECTFULLY SUBMITTED August 16, 2018.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
        14500 N. Northsight Blvd, Suite 133
        Scottsdale, AZ 85260
        Attorneys for Plaintiffs

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

# VERIFICATION

Plaintiffs declare under penalty of perjury that they have read the foregoing Verified Complaint and are familiar with the contents thereof. The matters asserted therein are true and based on their personal knowledge, except as to those matters stated upon information and belief, and as to those matters, they believe them to be true.

_____
Alisha Stafford

Jame Young   8/14/18
_____
Jame Young

_____
Sarah Lewis

_____
Kristy Thornsbury

_____
Shannon ZetZsche

_____
Jessica ZetZsche

_____
Jonathon Bouldin

_____
Robert Hernandez


_____
Michael Sullivan

**VERIFICATION**

Plaintiffs declare under penalty of perjury that they have read the fore

Complaint and are familiar with the contents thereof.  The matters asserted

and based on their personal knowledge, except as to those matters stated up

and belief, and as to those matters, they believe them to be true.

_____
Alisha Stafford

_____
Jame Young

_____
Sarah Lewis

_____
Kristy Thornsbury

_____
Shannon ZetZsche

_____

ZOLDAN LAW GROUP, PLLC



**VERIFICATION**

Plaintiffs declare under penalty of perjury that they have read the foregoing Verified Complaint and are familiar with the contents thereof. The matters asserted therein are true and based on their personal knowledge, except as to those matters stated upon information and belief, and as to those matters, they believe them to be true.

_Alisha Stafford_
Alisha Stafford

_____
Jame Young

_____
Sarah Lewis

_____
Kristy Thornsbury

_____
Shannon ZetZsche

_____
Jessica ZetZsche

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.1410 - azoldan@zoldangroup.com

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

_____

Cynthia Barnes


_____

Daniel Thomas


_____

Jonathon Bouldin


_____

Robert Hernandez


_____

Michael Sullivan


Amber Kelly
_____

Amber Kelly

Cynthia Barnes

Daniel Thomas

Jonathon Bouldin

Robert Hernandez

Michael Sullivan

Amber Kelly

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd Suite 133 Scottsdale, Arizona 85260
Tel & Fax 480.442.3410 – mzoldan@zoldangroup.com

1

2       _____

       Cynthia Barnes

3

4

5       _____

       Daniel Thomas      8/15/18

6

7

8       _____

       Jonathon Bouldin

9

10

11      _____

       Robert Hernandez

12

13

14      _____

       Michael Sullivan

15

16

17      _____

       Amber Kelly

18

19

20

21

22

23

24

25

26

27

28

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Cynthia Barnes

_____
Daniel Thomas

_____
Jonathon Bouldin

_____
Robert Hernandez

_____
Michael Sullivan

_____
Amber Kelly

## <u>VERIFICATION</u>

Plaintiffs declare under penalty of perjury that they have read the foregoing Verified Complaint and are familiar with the contents thereof.  The matters asserted therein are true and based on their personal knowledge, except as to those matters stated upon information and belief, and as to those matters, they believe them to be true.

_____

Alisha Stafford

_____

Jame Young

_____

Sarah Lewis

_____

Kristy Thornsbury

_____

Shannon ZetZsche

_____

Jessica ZetZsche



## VERIFICATION

Plaintiffs declare under penalty of perjury that they have read the foregoing Verified Complaint and are familiar with the contents thereof. The matters asserted therein are true and based on their personal knowledge, except as to those matters stated upon information and belief, and as to those matters, they believe them to be true.

_____
Alisha Stafford

_____
Jame Young

_____
Sarah Lewis

_____
Kristy Thornsbury

_____
Shannon ZetZsche

_____
Jessica ZetZsche