Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Alisha Stafford,** a Tennessee resident; **Jame Young,** a Tennessee resident; **Sarah Lewis,** a Tennessee resident; **Kristy Thornsbury,** a Kentucky resident; **Shannon Zetzsche,** a Tennessee resident; **Jessica Zetzsche,** a Tennessee resident; **Cynthia Barnes,** a Tennessee resident; **Daniel Thomas,** a Tennessee resident; **Jonathon Bouldin,** a Tennessee resident; **Robert Hernandez,** a Tennessee resident; **Michael Sullivan,** a Tennessee resident; and **Amber Kelly,** a Kentucky resident; Plaintiffs, v. **Labrad Diagnostics, LLC,** an Arizona company; and **Sam Akers,** an Arizona resident; Defendants. | Case No. CV-18-00412-TUC-RM **STIPULATION TO DISMISS ALL CLAIMS** **(Assigned to the Hon. Rosemary Marquez)** |

The parties hereby stipulate to the dismissal, with prejudice, of all claims made by Plaintiffs against Defendants, and to the termination of this action. The parties will bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED October 30, 2018.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
  14500 N. Northsight Blvd., Suite 133
  Scottsdale, AZ 85260
  Attorneys for Plaintiffs


By: /s/(w/ permission) Sam Akers
  Sam Akers
  2352 E. University Dr. Ste. D106
  Phoenix, Arizona 85034
  Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2018, I electronically transmitted the foregoing document to the United States District Court, District of Arizona Court Clerk, using the CM/ECF System and to the following via electronic and US mail:

  Sam Akers
  2352 E. University Dr. Ste. D106
  Phoenix, Arizona 85034
  admin@labraddiagnostics.com


By: /s/ Ashley Peschke