# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alisha Stafford, et al., | No. CV-18-00412-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Labrad Diagnostics LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Dismiss All Claims. (Doc. 16.) Good cause appearing, and pursuant to Fed. R. Civ. P. 41(a),

**IT IS ORDERED** that the Stipulation (Doc. 16) is **approved**. This action is **dismissed with prejudice**, each party to bear her, his, or its own costs and attorneys' fees. The scheduling conference, currently scheduled for November 6, 2018, is vacated. All pending motions are denied as moot. The Clerk of Court is directed to close this case.

Dated this 30th day of October, 2018.

Honorable Rosemary Márquez
United States District Judge